# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| GIOVANNI SEDITA | : | **CLOSED** |
| Plaintiff(s), | : | Civ. No. 16-2043 (SDW) |
| V. | : | **ORDER DISMISSING CASE PURSUANT TO L. CIV. R. 41.1** |
| DESERT SPRINGS HOSPITAL MEDICAL CENTER, ET AL. | : | |
| Defendant(s) | : | |

It appearing to the Court that the above case has been pending for more than 90 days without any proceeding having taken therein and no objection having been entered at a call of the calendar;

It is this 2ND day of May, 2017;

**ORDERED** that the above case be and the same hereby is dismissed accordance with L. Civ. R. 41.1 without prejudice and without costs to either party.

                                          *s/ Susan D. Wigenton*
                                          SUSAN D. WIGENTON
                                          UNITED STATES DISTRICT JUDGE